**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1786**

———————

MARY HARRIS,

                Plaintiff - Appellant,

     v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, Magistrate Judge. (1:13-cv-02503-SAG)

———————

Submitted: December 22, 2014      Decided: January 8, 2015

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary Harris, Appellant Pro Se. Craig Ormson, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Harris appeals the magistrate judge's order upholding the Commissioner's denial of Harris' applications for disability benefits and supplemental security income and the denial of her motion to alter or amend the judgment.[*] We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Colvin, No. 1:13-cv-02503-SAG (D. Md. filed May 5, entered May 6, 2014; filed June 5, entered June 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c) (2012).

2